| Victor Joe Cortez | From the 47th District Court |
| Appellant | of Potter County |
| v. 07-09-0291-CR | September 9, 2010 |
| The State of Texas | Opinion by Justice Pirtle |
| Appellee | |

J U D G M E N T

Pursuant to the opinion of the Court dated September 9, 2010, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o